| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____  Chapter  11 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Metropolitan Diagnostic Imaging Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

DBA  Advanced Medical Imaging Center

**3. Debtor's federal Employer Identification Number** (EIN)   36-3372638

**4. Debtor's address**

**Principal place of business**

111 North Wabash Avenue
Suite 620
Chicago, IL 60602
Number, Street, City, State & ZIP Code

Cook
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor   Metropolitan Diagnostic Imaging Inc._____   Case number (*if known*)_____
           Name

**7. Describe debtor's business**

A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

  ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____   When _____   Case number, if known _____

Debtor    Metropolitan Diagnostic Imaging Inc.     Case number (*if known*)
_____
Name

**11. Why is the case filed in *this district?*** *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
   Contact name _____
   Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  Metropolitan Diagnostic Imaging Inc. _____    Case number (*if known*) _____
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   November 20, 2017
              MM / DD / YYYY

**X** /s/ Moqueet Syed                                     Moqueet Syed
Signature of authorized representative of debtor           Printed name

Title   President

**18. Signature of attorney**

**X** /s/ Gregory K. Stern                                 Date   November 20, 2017
Signature of attorney for debtor                                  MM / DD / YYYY

Gregory K. Stern 6183380
Printed name

Gregory K. Stern, P.C.
Firm name

53 West Jackson Boulevard
Suite 1442
Chicago, IL 60604
Number, Street, City, State & ZIP Code

Contact phone   (312) 427-1558        Email address   greg@gregstern.com

6183380
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Metropolitan Diagnostic Imaging Inc. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Anchor Mechanical, Inc. 255 North California Chicago, IL 60612 | | Corporate Debt | | | | $14,060.00 |
| Baker Donelson Bearman, Caldwell & Berkowitz, PC 420 Twentieth Street North Suite 1400 Birmingham, AL 35203 | | Professional Fees | | | | $14,110.50 |
| BB&T Bank 29 Keyes Ferry Road Charles Town, WV 25414 | | Corporate Debt | Contingent Unliquidated Disputed | | | $15,000.00 |
| Capital Parking LLC 111 North Wabash, #2118 Chicago, IL 60602 | | Corporate Debt | | | | $5,878.00 |
| Cogent Communications, Inc. P.O. Box 791087 Baltimore, MD 21279 | | Corporate Debt | | | | $10,093.76 |
| Dwight Yochum, DC 7500 Wadsworth Blvd Arvada, CO 80003 | | Corporate Debt | | | | $7,709.00 |
| Hatti Group RE Chicago LLC 111 North Wabash Suite 620 Chicago, IL 60602 | | Lease Default | Contingent Unliquidated Disputed Subject to Setoff | | | $43,000.00 |
| Hitachi Healthcare Americas 1959 Summit Commerce Park Twinsburg, OH 44087 | | Corporate Debt | | | | $36,648.19 |

Debtor   Metropolitan Diagnostic Imaging Inc.                    Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Illinois Emergency Management Agency 1035 Outer Park Drive Springfield, IL 62104 | | Corporate Debt | | | | $13,990.00 |
| Integrated INS Solutions 44675 Cape Court Suite 100 Ashburn, VA 20147 | | Corporate Debt | Contingent Unliquidated Disputed | | | $8,442.50 |
| Lake Park LLC c/o Gerald B. Lurie, Esq. Chen Roberts Ltd. 33 North Deraborn Street, Sutie 1420 Chicago, IL 60602 | | Lease Default (Hyde Park) | Contingent Unliquidated Disputed | | | $31,930.50 |
| Law Office of Donald B. Garvey & Assoc. 1 S 376 Summit Unit 3C Villa Park, IL 60181 | | Professional Services | | | | $21,682.59 |
| M. Bachman & Associates 2626 Tamiami trail East, #3 Naples, FL 34112 | | Corporate Debt | | | | $8,731.00 |
| Pitney Bowes Global Financial Services 2225 American Drive Neenah, WI 54956-1005 | | Corporate Debt | | | | $13,637.60 |
| Quantum Imaging & Therapeautic Ass., Inc 629D Lowther Road Lewisberry, PA 17339 | | Corporate Debt | Contingent Unliquidated Disputed | | | $115,220.00 |
| Regal Medical Services P.O. Box 1101 25 Tesler Road Lake Zurich, IL 60047 | | Corporate Debt | | | | $12,350.36 |
| ServisFirst Bank P.O. Box 84032 Columbus, GA 31908 | | Corporate Debt | Contingent Unliquidated Disputed | | | $26,327.74 |
| State of California Franchise Tax Board P.O. Box 942857 Sacramento, CA 94257 | | Corporate Debt | Contingent Unliquidated Disputed | | | $16,151.12 |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 2

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor  Metropolitan Diagnostic Imaging Inc.    Case number *(if known)*
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Washington Imaging Assoc. of MD, LLC<br>7799 Leesburg Pike Suite 1000 N<br>Falls Church, VA 22043 | | Corporate Debt | | | | $345,942.00 |
| Wise Medical Services Inc.<br>12634 West 159th Street<br>Homer Glen, IL 60491 | | Coporate Debt | | | | $8,877.70 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Metropolitan Diagnostic Imaging Inc.                                    Case No.
                                        Debtor(s)                               Chapter    11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 22,000.00* |
   | Prior to the filing of this statement I have received | $ 22,000.00 |
   | Balance Due | $ 0.00* |

   * Plus additional fees for services rendered pursuant to Attorney Client Agreement attached hereto.

2. The source of the compensation paid to me was:

   ☐ Debtor    ☑ Other (specify):    $10,000.00 paid by Debtor through account of an affiliate.

3. The source of compensation to be paid to me is:

   ☑ Debtor    ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      All Services for Chapter 11 case

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:  None

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| 11/27/17 | /s/ Gregory K. Stern |
| *Date* | Gregory K. Stern 6183380 |
| | *Signature of Attorney* |
| | Gregory K. Stern, P.C. |
| | 53 West Jackson Boulevard |
| | Suite 1442 |
| | Chicago, IL 60604 |
| | (312) 427-1558  Fax: (312) 427-1289 |
| | greg@gregstern.com |
| | *Name of law firm* |

## ATTORNEY CLIENT AGREEMENT

**THIS AGREEMENT**, made on October 9, 2017, is hereby entered into between Metropolitan Diagnostic Imaging, Inc., 111 North Wabash, Suite 620, Chicago, Illinois (the "Client"), and Gregory K. Stern, P.C., 53 West Jackson Boulevard, Suite 1442, Chicago, Illinois, 60604 (the "Attorneys").

1. The Client has agreed to pay the Attorneys a fee for professional services rendered pursuant to paragraph 2 hereof. The fee shall be based and calculated on the Attorneys' standard hourly rates as in effect from time to time. At present the hourly rates are as follows: $465.00 for Gregory K. Stern and Dennis E. Quaid, $450.00 for Monica C. O'Brien and $350.00 for Rachel S. Sandler. The Client has agreed to pay the Attorneys a non-refundable minimum fee of $22,000.00 and has tendered payment of $10,000.00, which the Attorneys accept on the conditions herein enumerated and for deposit into the Attorneys' general operating account. The remaining balance of the fee will be paid on or before the filing of the Chapter 11 case. In addition, the Client shall pay the fee when billed, except that, during the pendency of the Chapter 11, the Client will pay for services pursuant to court orders entered on applications for interim or final compensation, or per a separate written agreement with the Attorneys.

2. The Fee consists of compensation for professional services including, but not limited to: analyzing case for filing Chapter 11; reviewing assets, liabilities, loan documentation, executory contracts and other relevant documentation; preparation of Chapter 11 petition, list of creditors, relevant documents for filing, Chapter 11 schedules and statement of financial affairs; representation at the first meeting of creditors; defending creditors' motions to convert, dismiss or modify the automatic stay, if any; preparation and presentation of motions to employ attorneys, accountants or other professional persons, motions for use, sale or lease of property, motions to assume or reject executory contracts; preparation and presentation of disclosure statement, plan and other necessary pleadings in furtherance of reorganizational goals; solicitation of creditor's acceptance; review of proofs of claims and objections regarding same; and, any other act or service in furtherance of reorganizational goals.

3. The Fee does not include (a) court costs and filing fees, (b) Westlaw or related computer expenses (c) copying and postage, or (d) any other out of pocket costs or expenses. All costs and expenses advanced by Attorneys shall be paid when Client is billed for same, with the exception that, during the Chapter 11, the Client will pay costs and expenses pursuant to court orders entered on applications for compensation, or per a separate written agreement with the Attorneys.

4. Any modification of this Agreement is void unless it is in writing and is signed by both parties.

_____
Metropolitan Diagnostics Imaging, Inc.
By: Moqueet A. Syed
Its: President

_____
Monica C. O'Brien
Gregory K. Stern. P.C.

Advanced Recovery Systems
Attn: Dan Michaels
P.O. Box 80766
Valley Forge, PA 19484


Ambra Health
200 Broadway
3rd Floor
New York, NY 10038


Anchor Mechanical, Inc.
255 North California
Chicago, IL 60612


Baker Donelson Bearman, Caldwell &
Berkowitz, PC
420 Twentieth Street North
Suite 1400
Birmingham, AL 35203


Banyan
Dept. CH 14388
Palatine, IL 60055


BB&T Bank
29 Keyes Ferry Road
Charles Town, WV 25414


Blue Cross Blue Shield of Illinois
300 East Randolph Street
Chicago, IL 60601


Bracco Diagnostics, Ic.
259 Prospect Plains Road
Building H
Monroe Township, NJ 08831


Caine & Weiner
PO Box 5010
Woodland Hills, CA 91365


Capital Parking LLC
111 North Wabash, #2118
Chicago, IL 60602

Chuhak & Tecson, PC
30 South Wacker Drive
Suite 2600
Chicago, IL 60606-7413


City of Chicago
P.O. Box 95242
Chicago, IL 60694


Cogent Communications, Inc.
P.O. Box 791087
Baltimore, MD 21279


Commonwealth Edison
P.O. Box 767
Chicago, IL 60690-0767


Cyber Fire Protection Company
5123 Thatcher Road
Chicago, IL 60615


Deluxe
P.O. Box 742572
Cincinnati, OH 45274-2572


Dependable Fire Equipment
100 north Le Baron Street
Waukegan, IL 60085


DiFrancesco Bateman Kunzman Davis
Lehrer & Flaum, PC
15 Mountain Boulevard
Warren, NJ 07059


Direct Energy
P.O. Box 180
Tulsa, OK 74101


Discount Lock Co., Inc.
849 West Grand Avenue
Chicago, IL 60642


DLS Internet Services
P.O. Box 7426
Algonquin, IL 60102

```
Dwight Yochum, DC
7500 Wadsworth Blvd
Arvada, CO 80003


Exclusive Medical Solutions
455 East State Parkway
Suite 101
Schaumburg, IL 60173


Experian
475 Anton Blvd.
Costa Mesa, CA 92626


FDA Mammography Facility Inspection
P.O. Box 979109
Saint Louis, MO 63197


FE Moran
201 West University Avenue
Champaign, IL 61820


FedEx Corporate Services Inc.
942 S. Shady Grove Road
Memphis, TN 38120


Garland Building Condo. Association
111 North Wabash Avenue
Suite 920
Chicago, IL 60602


Harris & Harris, Ltd.
111 West Jackson Boulevard, Suite 400
Chicago, IL 60604


Harsha Hatti
289 Eastland Drive
Charles Town, WV 25414


Hatti Group RE Chicago LLC
111 North Wabash
Suite 620
Chicago, IL 60602
```

Henry Shein
135 Duryea Road
Melville, NY 11747


HF Acquisition Co, LLC
22314 70th Aveue W
Unit 1
Mountlake Terrace, WA 98043


Hitachi Healthcare Americas
1959 Summit Commerce Park
Twinsburg, OH 44087


IEMA
2200 South Dirksen Parkway
Springfield, IL 62703


Illinois Department of Employment
Security
33 South State Street
10th Floor
Chicago, IL 60603


Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338


Illinois Emergency Management Agency
1035 Outer Park Drive
Springfield, IL 62104


Image First Healthcare Laundry Spec.
1225 Greenbriar Drive
Suite D
Addison, IL 60101


Infinity Imaging
1614 W. Central Park Road
Suite 209B
Arlington Heights, IL 60005


Integrated INS Solutions
44675 Cape Court
Suite 100
Ashburn, VA 20147

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


ISBS
1776 Commerce Drive
Elk Grove Village, IL 60007


IZI Medical Products LLC
5 Easter Court
Suite J
Owings Mills, MD 21117


James W. Corbett
1645 West School Street
Suite 314
Chicago, IL 60657


Kinum Secuirty Solutions
2133 Upton Drive
Suite 126-129
Virginia Beach, VA 23454


Lake Park LLC
c/o Gerald B. Lurie, Esq.
Chen Roberts Ltd.
33 North Deraborn Street, Sutie 1420
Chicago, IL 60602


Landauer Medical Physics
2 Science Road
Glenwood, IL 60425


Larcher Medical Imaging, LLC
c/o Barr Credit Services
5151 East Broadway Boulevard
Suite 800
Tucson, AZ 85711


Law Office of Donald B. Garvey & Assoc.
1 S 376 Summit
Unit 3C
Villa Park, IL 60181

Levy Dimond Bello & Associates, LLC
P.O. Box 352
Milford, CT 06460


Lichtman Eisen Partners, Ltd.
222 North LaSalle Street
Suite 300
Chicago, IL 60601


M. Bachman & Associates
2626 Tamiami trail East, #3
Naples, FL 34112


Maameyaa Cannduah
c/o Andrew C. Ficzko
Stephan Zouras LLP
205 North Michigan, Suite 2560
Chicago, IL 60601


McKesson Medical-Sugical
9954 Mayland Drive
Suite 4000
Henrico, VA 23233


Med Pro Imaging
c/o Stein and Rotman
77 West Washington Street
Suite 1105
Chicago, IL 60602


Moqueet Syed
9325 South Thomas Avenue
Bridgeview, IL 60455


Moran Security Solutions
201 West University Avenue
Champaign, IL 61820


MRS Associates, Inc.
1930 Olney Avenue
Cherry Hill, NJ 08003


MRS BPO LLC
1930 Olney Avenue
Cherry Hill, NJ 08003

Natiowide Imaging Services, Inc.
2301 Atlantic Avenue
Manasquan, NJ 08736


Navitas Credt Corp.
111 Executive Center Drive
Suite 102
Columbia, SC 29210


Peoples Gas
c/o Bankruptcy Department
200 East Randolph Street
Chicago, IL 60602


Pitney Bowes Global Financial Services
2225 American Drive
Neenah, WI 54956-1005


Practice Fusion
731 Market Street
Suite 400
San Francisco, CA 94103


Quantum Imaging & Therapeautic Ass., Inc
629D Lowther Road
Lewisberry, PA 17339


Radiation Detection Co.
3527 Snead Drive
Georgetown, TX 78626


Regal Medical Services
P.O. Box 1101
25 Tesler Road
Lake Zurich, IL 60047


Reliable Fire And Security
12845 S. Cicero Avenue
Chicago, IL 60654


Republic Services #710
c/o RMS
P.O. Box 361595
Columbus, OH 43236

Richard S. Loudermilk
1207 Sarasota Center Boulevard
Sarasota, FL 34240


RMS Collection Agency
P.O. Box 361625
Columbus, OH 43236


Robbins, Salomon & Patt, Ltd.
Attn: Vincent T. Borst, Esq.
180 North LaSalle Street
Suite 3300
Chicago, IL 60601


ServisFirst Bank
P.O. Box 84032
Columbus, GA 31908


Siemens Healthineers
40 Liberty Boulevard
Malvern, PA 19355


Standard Parking
8037 Collectoin Center Drive
Chicago, IL 60693


State of California
Franchise Tax Board
P.O. Box 942857
Sacramento, CA 94257


Teller Levit & Silvertrust, P.C.
19 South LaSalle Street
Suite 701
Chicago, IL 60603


Teneglis & Hunt, PA
395 W. Passaic Street
Rochelle Park, NJ 07662


The Bancorp Bank
409 Silverside Road
Suite 105
Wilmington, DE 19809

```
Thomas Medical
6102 Victory Way
Indianapolis, IN 46278


TransFirst
12202 Airport Way
Suite 100
Broomfield, CO 80021


Transworld Systems Inc.
500 Virginia Drive
Suite 514
Fort Washington, PA 19034


Transworld Systems Inc.
P.O. Box 17221
Wilmington, DE 19850


Transworld Systems Inc.
P.O. Box 15618
Wilmington, DE 19850


United Omaha Insurance Company
3300 Mutual of Omaha Place
Omaha, NE 68175


US Health & Human Services
200 Independence Avenue, S.W.
Washington, DC 20201


Vinakom Communications
860 Remington Road
Schaumburg, IL 60173


Warehouse Direct Workplace Solutions
2001 S. Mount Prospect Road
Des Plaines, IL 60018


Washington Imaging Assoc. of MD, LLC
7799 Leesburg Pike
Suite 1000 N
Falls Church, VA 22043
```

```
Wells Fargo Vendor Financial Srvs, LLC
1010 Thomas Edison Blvd. SW
Cedar Rapids, IA 52404


Wise Medical Services Inc.
12634 West 159th Street
Homer Glen, IL 60491


Yellow Directory pages
831 Beacon Street
Suite 176
Newton, MA 02458
```

# United States Bankruptcy Court
## Northern District of Illinois

In re: Metropolitan Diagnostic Imaging Inc.
Debtor(s)

Case No.
Chapter 11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Metropolitan Diagnostic Imaging Inc. in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

United Diagnostic Providers LLC
111 North Wabash Avenue
Suite 620
Chicago, IL 60602

☐ None [*Check if applicable*]

November 20, 2017
Date

/s/ Gregory K. Stern
Gregory K. Stern 6183380
Signature of Attorney or Litigant
Counsel for Metropolitan Diagnostic Imaging Inc.
Gregory K. Stern, P.C.
53 West Jackson Boulevard
Suite 1442
Chicago, IL 60604
(312) 427-1558 Fax:(312) 427-1289
greg@gregstern.com